# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-0012-AG(ANx) | Date | February 8, 2010 |
| Title | MENACHEM MAIMAN, ETC, ET AL v GREGORY C. TALBOTT, E AL | | |

| | |
|---|---|
| Present: The Honorable | ANDREW J. GUILFORD, U.S. District Judge |

| Lisa Bredahl | Denise Paddock | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Susan Taylor | Andrew Esbenshade |
| | Michael Proctor |
| | Robert Fairbank |

**Proceedings:**    DEFENDANTS GREGORY TALBOTT AND KEVIN MCCARTHY'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

Cause is called for hearing and counsel make their appearances.  Matter is argued.  Motion is GRANTED with 28 days leave to amend.

|  |  : | 10 |
|---|---|---|
| Initials of Preparer | lmb | |