ROBBINS GELLER RUDMAN
& DOWD LLP
KEITH F. PARK (54275)
SUSAN G. TAYLOR (190753)
LAURIE L. LARGENT (153493)
L. DANA MARTINDALE (273861)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
keithp@rgrdlaw.com
susant@rgrdlaw.com
llargent@rgrdlaw.com
dmartindale@rgrdlaw.com

THE SHUMAN LAW FIRM
KIP B. SHUMAN (145842)
RUSTY E. GLENN
885 Arapahoe Avenue
Boulder, CO 80302
Telephone: 303/861-3003
303/484-4886 (fax)
kip@shumanlawfirm.com
rusty@shumanlawfirm.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MENACHEM MAIMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY C. TALBOTT, et al.,<br><br>Defendants. | No. SACV 09-0012-AG(ANx)<br><br><u>CLASS ACTION</u><br><br>ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS<br><br>DATE: June 18, 2012<br>TIME: 10:00 a.m.<br>CTRM: 10D, The Honorable Andrew J. Guilford |

THIS MATTER having come before the Court on Lead Plaintiffs' Motion for (1) Final Approval of Settlement and Plan of Allocation of Settlement Proceeds; and (2) an Award of Attorneys' Fees and Expenses (Docket No. 142) in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of September 27, 2011 (the "Stipulation") (Docket No. 134).

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to Persons who are Class Members advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to such Persons and entities who are Class Members to be heard with respect to the Plan of Allocation. No Person objected to the Plan of Allocation.

3. The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants, which is set forth in the Notice of Pendency and Proposed Settlement of Class Action sent to Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among Class Members, with due consideration having been given to administrative convenience and necessity.

4. The Court hereby finds and concludes that the Plan of Allocation is in all respects fair and reasonable and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.

DATED: July 09, 2012

THE HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE